LAWRENCE and Another *v.* HUFFER.

APPEAL from the *Bartholomew* Common Pleas.

*Per Curiam.*—Suit upon a note. Answer: setting. up a set-off. No reply. Judgment for the plaintiff, for the amount of the note. On the pleadings the set-off was admitted. After the trial, the Court permitted the plaintiff to file a reply. This could not be done. *Redman* v. *Taylor*, 3 Ind. 144, and cases cited. It was not shown in this case that a reply had been filed before the trial, nor that the defendant supposed there had been.

The judgment is reversed, with costs. Cause remanded, &c.

F. T. *Hord*, for appellants.

S. *Stansifer*, for appellee.